AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Jose Diaz, et al					**JUDGMENT IN A CIVIL CASE**

       v.					Case Number: 08 C 6814

Kraft Foods Global, Inc.

■	Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐	Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant, Kraft Foods Global, Inc. and against the Plaintiffs, Jose Diaz and Ramon Pena.

 

Thomas G. Bruton, Clerk of Court

Date: 3/5/2013			_____
					/s/ Carole Gainer, Deputy Clerk